# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1359
Lower Tribunal No. 2020-CA-012804-O

_____

VISTA DEL LAGO HOMEOWNERS ASSOCIATION, INC.,

Appellant,

v.

WILLIAM LEARY, KIM UNGER, ERICA LINTZ, BERNIE OLLIFF, LEARY MANAGEMENT GROUP, INC., PETERSON INVESTMENTS, LLLP, RICHARD LEE, and LUTZ BOBO & TELFAIR, P.A.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Daniel W. Perry, Orlando, for Appellant.

Ronnie Guillen, of Winget Spadafora Schwartzberg, LLP, Miami, for Appellees, William Leary, Kim Unger, Erica Lintz, Bernie Olliff, Leary Management Group, Inc., and Peterson Investments, LLLP.

J. Matthew Bobo and J. Allen Bobo, of Lutz, Bobo & Telfair, P.A., Sarasota, for Appellees, Richard Lee and Lutz, Bobo & Telfair, P.A.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED